```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BOARD OF TRUSTEES OF THE 1199SEIU GREATER                        :
NEW YORK PENSION FUND,                                           :
                                                                 :
                          Plaintiff,                             :      23-cv-4041 (LJL)
                                                                 :
          -v-                                                    :         ORDER
                                                                 :
JAHSHAWNA MCPHERSON and JACINTH                                  :
HARDING,                                                         :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2023

LEWIS J. LIMAN, United States District Judge:

By Endorsement dated August 10, 2023, the Court granted the request of defendant Jahshawna McPherson ("McPherson") to extend the time for McPherson to answer to September 21, 2023. Dkt. No. 15. Accordingly, the Initial Pretrial Conference currently scheduled for August 14, 2023 at 12:00 p.m. is RESCHEDULED to September 25, 2023 at 5:00 pm. Plaintiff is directed to communicate the change in date of the Initial Pretrial Conference to pro se Defendant McPherson telephonically. Plaintiff is further directed to serve a copy of this Order on defendant Jacinth Harding, who has not yet appeared in this case. The parties are further directed to jointly submit to the Court, by one week prior to the conference, a revised proposed Case Management Plan and Scheduling Order.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se defendant McPherson.

SO ORDERED.

Dated: August 11, 2023
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                United States District Judge