

National Benefit Fund
Health Care Employees Pension Fund
Greater New York Benefit Fund
Greater New York Pension Fund
Home Care Employees Benefit Fund
Home Care Employees Pension Fund
Licensed Practical Nurses Welfare Fund

*BENEFITS ARE SUBJECT TO EACH FUND'S SUMMARY PLAN
DESCRIPTION (SPD) AND THE DISCRETION OF THAT FUND*

f @ @1199SEIUBenefitFunds • #1199SEIUBenefits

September 14, 2023

**VIA ECF**

Hon. Lewis J. Liman, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

REQUEST GRANTED.
The Initial Pretrial Conference is rescheduled to September 29, 2023 at 12:00PM.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.  Parties are reminded to submit to the Court, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order.

9/15/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   Board of Trustees of the 1199SEIU Greater New York Pension
      Fund v. McPherson, et al.,
      <u>**Civil Action No.: 1:23-cv-04041-LJL**</u>

Dear Judge Liman:

We represent Plaintiff Board of Trustees of the 1199SEIU Greater New York Pension Fund (the "Fund") in connection with the above-referenced matter and write to respectfully request an adjournment of the initial pretrial conference scheduled for September 25, 2023.  In observance of Yom Kippur, I will not be able to attend the conference on September 25, 2023.  We would be amenable to rescheduling this conference to any date thereafter, or on a date at the Court's convenience. Defendant Jahshawna McPherson has consented to this request and this is the Fund's first request for an adjournment of the initial pretrial conference. Accordingly, we respectfully request that this Court adjourn the September 25, 2023 initial pretrial conference.

Thank you for your consideration.

Respectfully Submitted,

By:___s/Ian A. Weinberger_____
      Ian A. Weinberger
      Assistant General Counsel
      Legal Department
      1199SEIU National Benefit and
      Pension Funds
      498 7th Avenue, 10th Floor
      New York, NY 10018

Honorable Lewis J. Liman, U.S.D.J.        -2-                    September 14, 2023

Phone (646) 473-6043
ian.weinberger@1199funds.org
*Board of Trustees of the 1199SEIU*
*Greater New York Pension Fund*

cc:     Jahshawna McPherson, pro se. (**via ECF**)