UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BOARD OF TRUSTEES OF THE 1199SEIU GREATER :
NEW YORK PENSION FUND,
:
:
                   Plaintiff,                         :                23-cv-4041 (LJL)
:
   -v-                                     :                    ORDER
:
JAHSHAWNA MCPHERSON and JACINTH        :
HARDING,
:
:
                  Defendants.                    :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2023

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference on this matter on September 29, 2023.  Counsel for Plaintiff appeared as did Defendant McPherson, proceeding pro se.  Defendant Harding did not appear.  This order memorializes the directives provided at the conference.  Plaintiff will request entry of default against Defendant Harding.  Upon the entry of default, the Court will issue an Order to Show Cause on Defendant Harding directing her to show cause why judgment should not be granted in favor of Defendant McPherson.  If Defendant Harding fails to show cause, the Court will enter judgment in favor of Defendant McPherson.

      SO ORDERED.

Dated: October 2, 2023
       New York, New York                           _____
                                                                   LEWIS J. LIMAN
                                                           United States District Judge