UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/21/2023_
```

-------------------------------------------------------------------X

BOARD OF TRUSTEES OF THE 1199SEIU
GREATER NEW YORK PENSION FUND,

               Plaintiff,         :           23-cv-04041 (LJL)

        -v-                      :           <u>ORDER</u>

JAHSHAWNA MCPHERSON ET AL,

              Defendants.

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a telephone conference in this matter on December 6, 2023 at

3:00PM.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use

access code 2123101.  The Court will address with parties whether default judgment proceedings

should proceed.


      SO ORDERED.

Dated: November 21, 2023
      New York, New York

                             LEWIS J. LIMAN
                      United States District Judge