USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE 1199SEIU GREATER NEW YORK PENSION FUND, <br><br> Plaintiff, <br><br> -against- <br><br> JAHSHAWNA MCPHERSON and JACINTH HARDING, <br><br> Defendants. | 23-CV-04041 (MMG) <br><br> **NOTICE OF REASSIGNMENT** |

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    The Court understands that *pro bono* counsel for the purpose of mediation is being sought for. Plaintiff shall continue to provide status update letters to the Court every 60 days, with the next letter due by **April 5, 2024.**

Dated: February 22, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge