UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE 1199SEIU
GREATER NEW YORK PENSION FUND,

                Plaintiff,

-against-

JAHSHAWNA MCPHERSON, et al.,

                Defendants.

23-CV-04041 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      It is hereby ORDERED that counsel for all parties and Defendant Harding shall appear for a conference with the Court on **Friday, May 31, 2024, at 9:00 a.m.** to discuss the delays in mediation for this case. The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. All counsel and Defendant Harding must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      The Clerk of Court is respectfully directed to send a copy of this Order and the Court's Individual Rules to Defendant Harding.

Dated: May 6, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge