USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE 1199SEIU
GREATER NEW YORK PENSION FUND,

                Plaintiff,

-against-

JAHSHAWNA MCPHERSON, et al.,

                Defendants.

23-CV-04041 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As discussed and for the reasons stated at the May 31 conference, it is hereby ORDERED that Plaintiff's status letter, currently due June 4, 2024, and all future status letters per Judge Liman's December 7, 2023 Order (Dkt. No. 28) are hereby ADJOURNED *sine die*.

    The *Pro Se* Office shall continue its efforts to find *pro bono* counsel to represent Defendant Harding for purposes of mediation.  *See* Dkt. No. 28.  Should no counsel appear on behalf of Defendant Harding by **July 12, 2024**, it is further ORDERED that the parties shall file letters regarding the status of this case and what they believe the next steps are, such as the anticipated scope and timeline for discovery.  The counseled parties—Plaintiff and Ms. McPherson—shall file one joint letter and Ms. Harding may file a separate letter no later than **July 19, 2024**.

Dated: June 3, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge